ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Systems Engineering Associates | ) ASBCA No. 63450-ADR |
| Corporation | ) |
| | ) |
| Under Contract No. N00178-04-D-4122 | ) |

APPEARANCES FOR THE APPELLANT:    Lauren R. Brier, Esq.
Isaias Cy Alba IV, Esq.
Daniel Figuenick, Esq.
PilieroMazza PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
DCMA Chief Trial Attorney
Matthew D. Bordelon, Esq.
Lisa M. Scorsolini, Esq.
Trial Attorneys
Defense Contract Management Agency
Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed without prejudice.

Dated:  July 30, 2024

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63450-ADR, Appeal of Systems Engineering Associates Corporation, rendered in conformance with the Board's Charter.

Dated:  July 30, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals